# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 4:14CR0366 HEA/TCM |
| | ) |
| **OLAJUWON DAVIS,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On the Court's own motion a status conference is set for Tuesday, January 13, 2015, at 10:30 a.m. in Courtroom 13- North.  Defendant Olajuwan Davis is required to be present.

/s/Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of January, 2015.