# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

## COURTROOM MINUTE SHEET CRIMINAL PROCEEDINGS

Date: 01/13/2015   Case No. 4:14CR366 HEA TCM

UNITED STATES OF AMERICA vs. Olajuwan Davis
Judge: Honorable Thomas C. Mummert, III   Court Reporter: FTR
Deputy Clerk: C. Long   Interpreter:
Assistant United States Attorney(s): Ken Tihen
Attorney(s) for Defendant: John Lynch

**Parties present for** Status conference. Status of attorney representation and discovery discussed. Motion [39] is denied.

**It is hereby ordered that**

Govt. Witness:             Deft. Witness:
Govt. Witness:             Deft. Witness:
Govt. Exhibits:
Govt. Exhibits:
Deft. Exhibits:
Deft. Exhibits:

☐ Exhibits retained by   ☐ counsel   ☐ court

Defendant is   ☐ Released on Bond   ☑ Remanded to Custody

Defendant attorney present at _____   A.M.

Proceedings commenced 10:27 a.m.   Concluded 10:48 a.m.