RECEIVED
APR 20 2015
BY MAIL

Motion to Perform Marriage Ceremony while in Custody

USA vs Defendant, Olajuwon Davis   Case No: 4-14-cr-00366-HEA-TCM

April 14, 2015

I. Here Comes, Defendant Olajuwon Davis, federal inmate in custody at Ste. Genevieve County Jail, humbly requesting that the Court grant me permission to perform a marriage ceremony.

II. After inquiring with staff at the Ste. Genevieve facility regarding requirements for marital services, I was informed that a motion must be filed with Court and granted by the Magistrate Judge before any ceremonies can be arranged. I beseech Judge Autry to answer my request.

III. The ceremony is intended for Ranesha Lenoir, fiance, and Olajuwon Davis, myself. We hope to have the ceremony as soon as possible and pray that this Court grants this motion. I humbly request that a reply be forwarded to me at Ste. Genevieve County Jail that I may provide a copy to the staff immediately.

I appreciate your time and thank you in advance for your assistance.

Olajuwon Davis
c/o 5 Basler Dr.
Ste. Genevieve, Missouri 63670

With Honor, *Olajuwon Davis*
Olajuwon Davis, Defendant

Olajuwon Davis
c/o 5 Basler Dr.
Ste. Genevieve, MO 63670

Court Clerk
Eastern District Court
111 S. 10th St.
Saint Louis, Missouri 63102

RECEIVED
APR 20 2015
BY MAIL

LEGAL MAIL

Mailed from
Ste. Genevieve County
Detention Center