# Courtroom Minute Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date: 06/02/2015     Case No. 4:14CR00366-HEA-2

UNITED STATES OF AMERICA vs. OLAJUWON DAVIS

Judge: HENRY E. AUTREY     Court Reporter: A. DALEY

Deputy Clerk: CLK     Interpreter: 

Assistant United States Attorney(s): KEN TIHEN

Attorney(s) for Defendant: JOHN LYNCH

**Arraignment/Waiver of Indictment/Plea:**

- [✓] Defendant sworn. Defendant's age 23   Education 3 yrs college
- [ ] Defendant waives assistance of counsel [ ] Waiver filed
- [ ] Defendant signs waiver of indictment and consents to proceed by information
- [ ] Criminal [ ] superseding [ ] information [ ] indictment filed
- [ ] Defendant waives reading of indictment/information [ ] Defendant arraigned
- [ ] Defendant enters a plea of [ ] GUILTY [ ] NOT GUILTY
  to counts _____ of the [ ] superseding [ ] indictment [ ] information
- [ ] Pretrial Motions Order [ ] issued [ ] to issue

**Change of Plea:**

- [✓] The Court finds the defendant competent to enter a plea of guilty.
- [✓] By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) 1,2,3,4 of the [✓] superseding [ ] information [✓] indictment
- [✓] Guilty Plea Agreement filed [ ] Guilty Plea Agreement filed under seal
- [ ] Ordered that count(s) _____ be held in abeyance until sentencing
- [ ] Ordered that pending motions as to defendant _____ are denied as moot
- [✓] Sentencing set 08/31/2015 at 10:45 am
- [ ] OBJECTIONS TO OR ACCEPTANCE OF PSR DUE _____
- [✓] Defendant is remanded to custody [ ] Defendant is released on existing bond

Probation Officer: Present

Proceedings commenced 11:19 am     concluded at 11:52 am