UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:14CR00366 HEA ) |
| OLAJUWON DAVIS, | ) ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE ALLOCUTION STATEMENT UNDER SEAL**

COMES NOW Defendant, OLAJUWON DAVIS, by and through undersigned counsel, and hereby requests leave of Court to file Defendant's Allocution Statement under seal as it contains information of a sensitive nature, and therefore, should not be subject to immediate and/or unlimited review. Counsel for Defendant further certifies that courtesy copies of the aforementioned documents have been forwarded to the assigned Assistant United States Attorney, Kenneth Tihen, for his review.

Respectfully Submitted,

THE LAW OFFICES OF JOHN M. LYNCH, LLC

E/S John M. Lynch
JOHN M. LYNCH, #56604MO
7777 Bonhomme Avenue, Suite 1200
Clayton, MO  63105
314-726-9999
314-726-9199 facsimile
jlynch@lynchlawonline.com

**Attorney for Defendant Davis**

## Certificate of Service

  I hereby certify that on this 17th day of August, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

AUSA Kenneth Tihen
Office of the United States Attorney
Thomas F. Eagleton Courthouse, 20th Floor
111 South Tenth Street
St. Louis, Missouri 63102

            <u>E/S/ John M. Lynch</u>
            JOHN M. LYNCH