## Petition for Early Termination of Supervised Release

RECEIVED
AUG  5 REC'D
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Olajuwon Davis

208 N. 9th St. Apt. 1502

Saint Louis, MO 63101


Attn: Honorable Judge Henry E. Autrey

111 S. 10th St., Suite 10.148

St. Louis, MO 63102


Re: Case No: 4:14-CR-00366 HEA

United States of America V. Olajuwon Davis


I, Olajuwon Davis, humbly request this court to grant early termination of my supervised release.

As the court is aware I plead guilty to conspiracy to aid and abet in the attempted possession or use of an explosive device, and two counts of making false claims to a federal firearms dealer and was sentenced to eighty four months of imprisonment and thirty-six months of supervised release. I was released from prison February 12, 2020, and then served Four months at Dismas RRC in St. Louis, MO. I began my thirty-six month term of supervised release on November 20, 2020. Since that time I have accomplished much on my path to recovery and a successful reentry.

Upon release I suffered from extreme cases of anxiety in the wake of social unrest surrounding the death of George Floyd. Much of the trauma that I believed I healed while incarcerated resurfaced and at times paralyzed my progress. Shortly after this national unrest, COVID-19 changed the nation and shook up any normalcy that I had begun to establish in my life.

Despite me maintaining gainful employment and fulfilling my duties as a father, I did experience some setbacks in my battle with drug addiction; failing my court ordered drug tests. My probation officer enrolled me in a twelve week program to address my behavior. I successfully completed that program and was reminded the importance of utilizing new strategies for coping with undesirable feelings. One of those being the use of my safety net of mentors and positive relationships.

Shortly after completing that program I was cast as the lead in a main-stage production, "Dontrell who kissed the Sea" at the University of Nebraska-Lincoln. Gratefully, I was allowed to participate in this production which required me to be in Lincoln, NE for several weeks. Sadly, the day of my flight to Nebraska I discovered that I was not permitted to travel by plane. I thought I would not be able to take advantage of this opportunity, but was able to arrange transportation by car to and from Nebraska.

In short, I shined in Lincoln and upon my return to St. Louis continued to be cast in stage plays with the Black Rep Theatre company, performing in "Jitney" and also in another run of "Dontrell Who Kissed The Sea." I have also been awarded an artist grant by the Regional Arts Commission and been recognized by national organizations for my creative writing. Even becoming a finalist in an international writing contest with the St. Louis Opera Theatre.

Additionally, I purchased my first vehicle, moved into my own place, maintained employment, and even obtained a Commercial Driver's License. All since being home. However, there are several opportunities to further my acting and writing career that I have had to decline due to the travel restrictions I assume are related to my supervised release. I have tried getting more information on the extent of this travel ban, but I am getting no response from the US Department of Homeland Security or TSA. Perhaps, it will be lifted after the termination of my supervised release.

I would like to begin taking advantage of national and international opportunities in acting and theatre, and an early termination of my supervised release would fast track the restoration of my traveling rights and my ability to further my career. I have already secured a job offer with the Black Rep as a traveling acting fellow/intern, however the travel restrictions would force me to decline this once in a lifetime opportunity.

In closing, I understand that the privilege of having my supervised release terminated would be based on factors in line with what is lawful and that which protects the public and provides deterrence. Having no criminal history prior to this offense and having abstained from any criminal behavior since being released I pray that I am no longer seen as a risk to public safety. I understand the severity of my offense, accepted responsibility for my actions, and am making every effort to right my wrongs, serve my community, and live a honest law-abiding lifestyle.

I am forever grateful to this Court for the leniency shown during my sentencing and throughout my period of supervised released. And respectfully ask that this Court honor my request.

*May every set of eyes and hands that encounters this petition be blessed with all the beauty that life has to offer.*

Sincerely,

Olajuwon Davis